DOA
10/06/23

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Brent James Felix | CRIMINAL COMPLAINT<br><br>CASE NUMBER:   23-9535 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 922(a)(6) and 924(a)(2), Material False Statement During the Purchase of a Firearm; and, 18 U.S.C. §§ 922(g)(1) and 924(a)(8), Felon in Possession of a Firearm, offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:     ☒Yes     ☐ No

AUTHORIZED BY: Addison Santomé, AUSA

Digitally signed by ADDISON SANTOME
Date: 2023.10.07 13:14:55 -07

Task Force Officer Douglas Montgomery
The Bureau of Alcohol, Tobacco, Firearms and Explosives
Name of Complainant

DOUGLAS MONTGOMERY (Affiliate)

Digitally signed by DOUGLAS MONTGOMERY (Affiliate)
Date: 2023.10.07 12:51:13 -07'00'

Signature of Complainant

Sworn to telephonically before me

10/7/2023@1:35pm                                at     Phoenix, Arizona
Date                                                        City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

EsWillett

Signature of Judicial Officer

**ATTACHMENT A**

**DESCRIPTION OF COUNTS**

**COUNT 1**

**Material False Statement During the Purchase of a Firearm**

On or about May 4, 2022, in the District of Arizona, Defendant BRENT JAMES FELIX knowingly made false statements and representations in connection with the acquisition of a firearm which were intended and likely to deceive Bear Arms Firearms, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bear Arms Firearms, in that Defendant BRENT JAMES FELIX did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he had no prior felony convictions, whereas in truth in fact, Defendant BRENT JAMES FELIX knew he had previously been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 2**

**Felon in Possession of a Firearm**

On or about October 6, 2023, in the District of Arizona, Defendant BRENT JAMES FELIX, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in and affecting interstate or foreign commerce, to wit: DPMS Panther Arms, Cal Multi Mod. A-15 rifle, Serial Number: FFH038613.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Douglas Montgomery, a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Phoenix, Arizona, being duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1.      Your Affiant is a Detective with the Scottsdale Police Department and Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).  Since May of 2000, you affiant has been employed by the Scottsdale Police Department. While employed by the Scottsdale Police Department, your affiant has served as a Patrol Officer and Detective. Prior to my current assignment, I was assigned to the Gang Investigative Unit for seven (7) years.

2.      In November 2014, I commenced my current position on the ATF Violent Crimes Task Force as a Task Force Officer.  As a Task Force, my duties include conducting criminal investigations of individuals and entities for possible violations of federal and state firearm laws.

3.      During my 23 years as an investigator, I have participated in the use of cooperating informants, undercover agents, pen register/ trap and trace devices, video surveillance, GPS tracking devices, search warrants, and witness interviews, among other law enforcement techniques. Additionally, I have participated in numerous firearms and narcotic investigations and prosecutions during my time in the Gang Investigative Unit and the Violent Crimes Task Force. As such, I am familiar with methods used for trafficking firearms and narcotics.

4.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, my review of court records, and information obtained from witnesses.  Based on the below facts, your Affiant submits there is probable cause that BRENT JAMES FELIX committed

Making a False Statement During the Purchase of a Firearm in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2); and, Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### PROBABLE CAUSE

5.      On August 10, 2023, the District Manager (hereafter "Manager") of StorEZ self-storage, located at 3030 N. 73rd Street in Scottsdale (hereafter "Storage Facility"), contacted the Scottsdale Police Department to report suspicious activity.  The Manager stated that on August 8, 2023, an uninvolved person left a voicemail stating there were two suspicious men at the facility.  The Manager reviewed the video surveillance and observed a person exit the elevator and point a handgun at a parked vehicle.  The Manager checked access codes for that time and identified the code as belonging to BRENT JAMES FELIX. When a branch employee (hereafter "Employee 1") who had several previous interactions with FELIX observed the video, she confirmed it was FELIX. The Storage Facility confirmed FELIX had been renting a storage unit since May 7, 2023.

6.      Your affiant obtained and reviewed the surveillance video from the Storage Facility. On August 8, 2023, FELIX is observed parking a black Land Rover in the vehicle bay at the Storage Facility.  He and another unidentified male exit the vehicle.  FELIX grabs a backpack from inside the vehicle.  A blue buffer tube (later observed attached to an AR-style firearm) is sticking out the top of the backback.



7.      After shifting around a couple other carts to block access to the elevators, FELIX and the unidentified male both enter the elevator.  FELIX retrieves the AR-style rifle with the blue buffer tube as they exit the elevator on their floor.   FELIX then holds it

with an aggressive posture pointing it directly in front of him as he tactically leads the unidentified male down the hall of the Storage Facility, "clearing" it as they go. This firearm, identified as a rifle, is primarily black with a vertical foregrip and blue colored buffer tube. The rifle appears to have an approximate 10" barrel, which is significantly shorted than the required 16" for a rifle.

8.    Based on my training and experience, I know that a rifle with a barrel length less than 16 inches is required to be registered. FELIX has not registered this firearm.

9.    Then, FELIX exits the elevator with the other male. FELIX holds what appears to be a black semi-automatic handgun raised "at the ready" and prepares to engage someone.



10.    As he exits the elevator, he points the gun at the other truck in the bay while he approaches it. He walks around the truck while checking the doors and the bed of the truck. Then, he approaches his vehicle and places the handgun in his waistband in the small of his back. FELIX continued to hold his right hand in the small of his back where he had the handgun while he walks around. FELIX leaves with both firearms.

11.    On August 15, 2023, your affiant contacted Employee 1. Employee 1 confirmed she had reviewed the video and was familiar with FELIX. She confirmed the person in the video with the firearms was FELIX. Additionally, she advised she was aware of another date when FELIX arrived at the facility with a firearm.

12.     She remembered previously arriving to work and observing damage to a gate. She reviewed surveillance footage and came across FELIX using the vehicle bay.   On this date, FELIX is seen with a backpack after exiting his vehicle.   In the top of the backpack, the blue buffer tube for the AR-style rifle is sticking out of the top of the bag.   It appears to be the same firearm observed in the August 8, 2023 video.

PRIOR FELONY CONVICTIONS

13.     On September 6, 2017, FELIX was convicted in San Diego Superior Court Case SCD271891 of seven counts of violation of California Penal Code § 459/460(A), Burglary, a felony offense. On November 2, 2017, FELIX was sentenced to four years in the California Department of Corrections concurrent on all counts within this case.

14.     On October 18, 2017, FELIX was convicted in San Diego Superior Court Case Number SCD293334 of violation of California Penal Code  § 4573, Bringing Controlled Substances into a Prison, a felony offense with the maximum punishment of four years of incarceration.   On November 2, 2017, FELIX was sentenced to 1 year in the in the California Department of Corrections to run consecutive to his other California Case SCD271891. Within the conviction documents, FELIX acknowledged that this conviction would prevent him from possessing firearms and ammunition.



15.     Based on a review of the records, his right to possess firearms and ammunitions have not been restored.

<u>MAY 4, 2022: ATTEMPTED FIREARM PURCHASE</u>

16.     On May 4, 2022, less than five years after being sentenced on multiple felonies in California, FELIX attempted to purchase a Glock 17 Gen 5 from Bear Arms Firearms in Scottsdale, Arizona. During the transaction, he completed the Firearm Transaction Paperwork, known as ATF Form 4473, which is required to be kept by Federal Firearm Licensees (FFLs). During the completion of the form, in response to Question 21(c), he selected "No" in response to whether he had been convicted of a felony offense punishable by a term of imprisonment exceeding a year.

17.     After he completed the paperwork, the FFL employee input the information on the form into the National Instant Criminal Background Check System, known as NICS, to conduct a background check. Based on his criminal history, he was denied.

18.     He identified himself during that transaction using his previous Nevada driver license and IRS Form 8821 (for in state address verification).

19.     Based on the denial, ATF mailed FELIX a letter notifying him of his prohibited status and acknowledging the recent attempted purchase. On July 23, 2022, FELIX signed the USPS certified return receipt acknowledging receipt of the letter.

<u>OTHER FIREARM RELATED INCIDENTS</u>

20.     On May 14, 2023, during a reported Trespass in progress, FELIX told officers he pointed his gun at the intruder because he felt scared for his life.

21.     Additionally, FELIX maintains an active social media account on Instagram, www.Instagram.com/brent_james_f/. There are numerous postings of FELIX with other people, cars, etc. One of the pictures, posted on August 5, 2023, is a side profile of FELIX holding a semi-automatic handgun in a two-handed grip. Above the picture is a caption, "God given rights – Thank you AZ".



<u>OCTOBER 6, 2023: FIREARM POSSESSION</u>

22.     On October 3, 2023, U.S. Magistrate Judge Eileen S. Willett authorized the tracking of FELIX's known phone number (SW 23-9499 MB).

23.    On the morning of October 4, 2023, GPS data information confirmed this phone was at his known residence.    Additionally, the apartment complex confirmed FELIX is the sole occupant of the residence.

24.    On October 5, 2023, GPS data showed FELIX left the residence and was in the Carefree area. During that time, ATF executed a search warrant at FELIX's residence. During the execution of the warrant, holsters, ammunition, a Glock lockbox, and a rifle were seized.

25.    The rifle, a DPMS Panther Arms, Cal Multi Mod. A-15 rifle, Serial Number: FFH038613, was confirmed to have been manufactured outside the state of Arizona. Therefore, it travelled in interstate commerce to be found at FELIX's residence.



INTERVIEW OF FELIX

26.    After law enforcement served the warrant, FELIX returned to his residence. Shortly thereafter, FELIX left the apartment and drove across the street making multiple turns, driving erratically, and having to brake hard to avoid a collision. Scottsdale Police conducting a traffic stop because he was driving on a suspended license.

27.    Agents contacted FELIX and interviewed him. After reading him his *Miranda* warnings, FELIX told your affiant that the firearm in the residence was left by one of his friends. When confronted with the August 8, 2023 surveillance footage, FELIX denied ever having a handgun – even after being shown pictures. It should be noted that

during the execution of the search warrant, affiant found a Glock handgun lockbox inside the apartment.

28.     When shown a picture of the AR-style rifle with the blue buffer tube, FELIX stated the firearm was not real and was a "BB gun". He confirmed he was not able to possess a real gun. However, when asked about where it was, he stated he threw it away because he did not want to get in trouble for having it.

29.     FELIX admitted to being sentenced to a "couple years" in prison for what he described as "petty" crimes. He claimed to have previously submitted paperwork to the San Diego Superior Court to have his rights reinstated in February. Ultimately, he confirmed he had not had his rights restored.

30.     Evidence does not support that he ever submitted paperwork to San Diego Superior Court.

31.     FELIX confirmed that ATF contacted him when he was denied during the purchase of a firearm at Bear Arms Firearms. He stated he was told someone else would contact him, but they never did.

//

//

//

//

## CONCLUSION

32.     For these reasons, your Affiant submits that there is probable cause to believe BRENT JAMES FELIX committed Making a False Statement During the Purchase of a Firearm in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2); and, Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

33.     I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

DOUGLAS MONTGOMERY (Affiliate)  Digitally signed by DOUGLAS MONTGOMERY (Affiliate)
Date: 2023.10.07 12:52:01 -07'00'

DOUGLAS MONTGOMERY
Task Force Officer
The Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed electronically this _____7th_____ day of October, 2023.

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge